UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GLOBAL REINSURANCE CORPORATION OF
AMERICA as successor-in-interest to
CONSTITUTION REINSURANCE
CORPORATION,

        *Plaintiff/Counter-Defendant*

v.

CENTURY INDEMNITY COMPANY, as
successor-in-interest to INSURANCE
COMPANY OF NORTH AMERICA,

        *Defendant/Counter-Plaintiff.*

Civil Action No. 1:13-cv-6577
(LGS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED : 06/3/15

---

## FINAL ORDER AND JUDGMENT

AND NOW, this 3rd day of June 2015, upon consideration of the Stipulation for Entry of Final Order and Judgment submitted jointly by Plaintiff/Counter-Defendant Global Reinsurance Corporation of America ("Global") and Defendant/Counter-Plaintiff Century Indemnity Company ("Century"), and as a final resolution of all claims and counterclaims herein, it is hereby **ORDERED, ADJUDGED AND DECREED** that

    1.    the dollar amount stated in the "Reinsurance Accepted" section of Certificate Nos. E89-191 (*a/k/a* No. 60589), 61875, 62496, 62497, 63350, 63351, 64748, 65717, and 66786 caps the maximum amount that Global can be obligated to pay for loss and expenses combined;

    2. All other claims and counterclaims of the parties are dismissed without prejudice.

BY THE COURT:

*/s/*
Lorna G. Schofield
United States District Judge