UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORPORATION OF AMERICA as successor-in-interest to CONSTITUTION REINSURANCE CORPORATION,<br><br>*Plaintiff/Counter-Defendant*<br><br>v.<br><br>CENTURY INDEMNITY COMPANY, as successor-in-interest to INSURANCE COMPANY OF NORTH AMERICA,<br><br>*Defendant/Counter-Plaintiff* | Civil Action No. 1:13-cv-6577 (LGS) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant/Counter-Plaintiff, Century Indemnity Company, as successor-in-interest to Insurance Company of North America, hereby appeals to the United States Court of Appeals for the Second Circuit from the Final Order and Judgment entered on June 3, 2015, and various interlocutory rulings entered prior thereto, including (a) the Opinion and Order dated August 15, 2014 granting Plaintiff/Counter Defendant's Motion for Partial Summary Judgment; and (b) the Opinion and Order dated April 15, 2015 denying Defendant/Counter-Plaintiff's Motion for Review of August 15, 2014 Opinion and Order Pursuant to Rule 54(B).

15585736v.1

**WHITE AND WILLIAMS, LLP**


By: /s/ Daryn E. Rush
    DARYN E. RUSH
    ELLEN K. BURROWS
    1650 Market St.
    One Liberty Place, Suite 1800
    Philadelphia, Pa 19103-7395
    (T)  215-864-6360/7028
    *For Defendant/Counter-Plaintiff*
    *Century Indemnity Company*

Dated: July 2, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2015 I caused a true and correct copy of Century Indemnity Company's Notice of Appeal was filed and served via the Court's ECF filing system upon all counsel of records.

**WHITE AND WILLIAMS LLP**

By: /s/ *Daryn E. Rush*
    Daryn E. Rush
    Ellen K. Burrows
    1650 Market Street
    One Liberty Place, Suite 1800
    Philadelphia, PA  19103
    (215) 864-6360/7028