UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORPORATION OF AMERICA as successor-in-interest to CONSTITUTION REINSURANCE CORPORATION,<br><br>          *Plaintiff/Counter-Defendant*<br><br>     v.<br><br>CENTURY INDEMNITY COMPANY, as successor-in-interest to INSURANCE COMPANY OF NORTH AMERICA,<br><br>          *Defendant/Counter-Plaintiff* | Civil Action No. 1:13-cv-6577<br>(LGS) |

## WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of Brendan D. McQuiggan, Esquire only for Defendant/Counter-Plaintiff Century Indemnity Company.

                              WHITE AND WILLIAMS LLP

                         By:  */s/ Daryn E. Rush*
                              Daryn E. Rush
                              Ellen K. Burrows
                              1650 Market St.
                              One Liberty Place, Suite 1800
                              Philadelphia, Pa 19103-7395

                              *Counsel for Defendant/Counter-Plaintiff Century Indemnity Company*

15601511v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2015 I caused a true and correct copy of Withdrawal of Appearance of Brendan D. McQuiggan, Esquire only for Century Indemnity Company was filed and served via the Court's ECF filing system upon all counsel of record.

**WHITE AND WILLIAMS LLP**

By: */s/ Daryn E. Rush*
    Daryn E. Rush
    Ellen K. Burrows
    1650 Market Street
    One Liberty Place, Suite 1800
    Philadelphia, PA  19103
    (215) 864-6360/7028

15601511v.1