UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GLOBAL REINSURANCE CORPORATION OF AMERICA as successor-in-interest to CONSTITUTION REINSURANCE CORPORATION, *Plaintiff/Counter-Defendant* v. CENTURY INDEMNITY COMPANY, as successor-in-interest to INSURANCE COMPANY OF NORTH AMERICA, *Defendant/Counter-Plaintiff.* | Civil Action No. 1:13-cv-6577 (LGS) |

## FINAL ORDER AND JUDGMENT

**AND NOW,** this 8th day of April, 2020, upon consideration of the Stipulation for Entry of Final Order and Judgment submitted jointly by Plaintiff/Counter-Defendant Global Reinsurance Corporation of America ("Global") and Defendant/Counter-Plaintiff Century Indemnity Company ("Century"), and as a final resolution of all claims and counterclaims herein, it is hereby **ORDERED, ADJUDGED AND DECREED** that

    1.    Count I (Breach of Contract) of Century's Counterclaim is hereby GRANTED, and Century is awarded the following amounts:

        a.    $2,255,406.56 for the unpaid portions of Century's billings submitted to Global between May 2012 and January 2019; and

b. $776,528.46 in pre-judgment interest calculated at the statutory rate of 9% per annum simple from the date that was 60 days following the date of each Century billing;

c. post-judgment interest to be calculated at a rate in accordance with 28 U.S.C. § 1961; and

d. any costs taxed by the Court under Local Rule 54.1 and Rule 54 of the Federal Rules of Civil Procedure.

2. Count II (Declaratory Relief) of Century's Counterclaim is hereby GRANTED to the extent of the declarations as set forth in the Court's March 2, 2020 Opinion and Order.

3. All other requests for relief are DENIED and all other claims and counterclaims of the parties are dismissed with prejudice.

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Dated: April 8, 2020
New York, New York